IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00188-WYD-CBS

WILLIAM E. HARVEY,
    Plaintiff,
v.

UNITED STATES OF AMERICA,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is currently before the court on Defendant United States of America's Motion for Summary Judgment (filed May 2, 2005) (doc. # 67). Pursuant to the February 12, 2004 Amended Order of Reference (doc. # 2), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

    Harvey filed his Opposition to Defendant's Motion for Summary Judgment on August 2, 2005 (doc. # 91). Throughout his Opposition, Harvey frequently refers to "Attachment A" through "Attachment F." However, Harvey has not yet provided either the court or defense counsel with copies of the Attachments to which he refers. Per a telephone conversation on August 2, 2005, Harvey advised a member of the court's staff that he intends to provide copies of the Attachments to the court and defense

counsel. Accordingly, IT IS ORDERED that:

1. Harvey shall file his Attachments A through F with the court and provide copies to defense counsel no later than 5:00 p.m. on Thursday, August 11, 2005.

2. Defendant may file any reply on or before August 26, 2005.

DATED at Denver, Colorado, this   5th   day of August, 2005.

BY THE COURT:

/s/ Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge