IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-188-WYD-CBS

WILLIAM E. HARVEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Motion to Prepare Transcripts of October 20, 2005 Hearing at Court Expense (#119), filed October 31, 2005.  Plaintiff is proceeding pro se, has appealed Magistrate Judge Shaffer's Order of October 20, 2005, and requests the transcripts of that hearing in order that this Court may review the Order and Plaintiff's objections thereto.  Having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Plaintiff's Motion to Prepare Transcripts of October 20, 2005 Hearing at Court Expense is **GRANTED**.

Dated:  November 2, 2005

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge