IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00188-WYD-CBS

WILLIAM E. HARVEY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pursuant to Defendant's withdrawal of their Motion for Summary Judgment during the hearing on January 4, 2006, it is hereby

    **ORDERED** that Plaintiff's Motion for Leave to Submit and [sic] Addendum to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (filed October 17, 2005; *doc. no. 111*) is **DENIED**, as moot.

**DATED:**     January 4, 2006