IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-188-WYD-CBS

WILLIAM E. HARVEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on an Entry of Appearance [# 148] and Suggestion of Death [# 149], which were both filed on March 24, 2006.  The Suggestion of Death states that Plaintiff William E. Harvey died on February 5, 2006.  The Entry of Appearance by John R. Olsen was "for Plaintiff William E. Harvey, by and through his estate and immediate family members . . . ."  Having reviewed these documents, it is

    ORDERED that the parties file a joint status report by **Friday, April 21, 2006** advising the Court of the status of this matter.

    Dated:  March 27, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge