IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-188-WYD-CBS

WILLIAM E. HARVEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before this court on Plaintiffs' Response to, and Confession of, Defendant's Motion to Partially Dismiss Second Amended Complaint [# 176], filed October 18, 2006.  After reviewing the file in this matter, this motion is hereby **GRANTED IN PART.**  It is

ORDERED that the wrongful death claim on behalf of the Estate [set forth within the Second Claim for Relief] and the misrepresentation claim on behalf of all plaintiffs [Third Claim for Relief] are dismissed.

Dated:  October 19, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge