**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 04-cv-00188-WYD-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: December 14, 2006** | **Courtroom Deputy:** Ben Van Dyke |

LISA HARVEY, et al.,                                John R. Olsen

    **Plaintiffs,**

v.

UNITED STATES OF AMERICA,                    Kurt J. Bohn

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      8:30 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  Plaintiffs' Brief in Support of Permitting Certain Discovery and Designation of Expert (and Motion to Reopen Discovery for Limited Purposes) [filed November 27, 2006; doc. 182] is granted in part and denied in part for the reasons stated on the record.  The heirs may designate one new expert witness.  The parties may depose persons that have not yet been deposed, except defendant may depose plaintiffs' previously designated expert witnesses.  No further written discovery shall be allowed.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off:  **March 30, 2007.**

Dispositive Motions deadline:  **April 30, 2007.**

The heirs shall designate their expert, and the defendant shall designated its new pulmonologist **on or before February 12, 2007.**

**FINAL PRETRIAL CONFERENCE** is set for **August 21, 2007 at 9:15 a.m.**
Final Pretrial Order is due  **no later than FIVE DAYS before the Final Pretrial Conference**.
(See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.
**Court in recess:      9:00 a.m.**
Total time in court:    00:30