**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-00188-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: April 12, 2007** | **Courtroom Deputy:** Ben Van Dyke |
| | |
| LISA HARVEY, *et al.*, | John R. Olsen, via telephone |
| **Plaintiffs,** | |
| v. | |
| UNITED STATES OF AMERICA, | Elizabeth A. Weishaupl |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:04 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** The Unopposed Motion to File Third Amended Complaint [filed April 11, 2007; doc. 194] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Unopposed Motion to Modify Scheduling Order to Take the Deposition of the Plaintiffs and Dr. Van Hoozen [filed March 30, 2007; doc. 192] is granted for the reasons stated on the record. The discovery deadline is extended to May 31, 2007 to complete all depositions. The dispositive motions deadline is extended to June 15, 2007. No further extensions of the deadlines shall be granted.

**ORDERED:** Plaintiffs' Brief Re: Depositions of Joan Grace, William B. Harvey, Coral Creek, and Lisa Harvey and Motion for Depositions to be Taken Electronically [filed March 9, 2007; doc. 187] is denied for the reasons stated on the record. The depositions of Lisa Harvey and Joan Grace shall go forward in Denver for five (5) hours on a Saturday. The deposition of William B. Harvey shall go forward in Denver for five (5) hours at a time convenient to the deponent.

**Court goes off the record to discuss settlement:    10:19 a.m.**

HEARING CONCLUDED.

**Court in Recess**:    **10:34 a.m.**
Total In-Court Time:    00:30