IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-188-WYD-CBS

WILLIAM E. HARVEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE OF
PLAINTIFF LISA HARVEY**
_____

    THIS MATTER comes before this Court on Plaintiffs' Unopposed Motion to Dismiss Lisa Harvey [# 198], filed June 7, 2007.  After carefully reviewing the file in this matter, I find that this motion should be granted.  Accordingly, it is

    ORDERED that Plaintiffs' Unopposed Motion to Dismiss Lisa Harvey [# 198] is **GRANTED**.  It is

    FURTHER ORDERED that Plaintiff Lisa Harvey shall be **DISMISSED WITH PREJUDICE** from this action.

    Dated:  June 12, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge