IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-00188-WYD-CBS

ESTATE OF WILLIAM E. HARVEY, through Administrator Joan Grace; and WILLIAM B. HARVEY,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court on the parties' joint Stipulation for Dismissal With Prejudice (docket #227), filed December 23, 2007. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (docket #227) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

    Dated: January 4, 2008

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge